

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 28, 2007

Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re: **United States v. Rafael Almanzar**
        07 Civ. 9489 (RMB)(GWG)
        06 Cr. 225   (RMB)

Dear Judge Gorenstein:

    The Government respectfully submits this letter to request a 30-day extension of time from January 2, 2008, until February 2, 2008, to respond to the petition pursuant to 28 U.S.C. § 2255 filed by Rafael Almanzar. This is the Government's first request, and the reason for the request is that the Government has ordered — and is still awaiting — various federal and state files related to the petitioner's case. These files are required to properly assess and respond to the petitioner's claims. The Government expects that it will be able to obtain the necessary information in 30 days. Accordingly, the Government requests that its response to Almanzar's habeas petition be due on February 2, 2008.

*Granted. Petitioner may respond within 30 days thereafter.*

SO ORDERED: DATE: 1/2/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Iris Lan
Assistant United States Attorney
(212) 637-2263

cc: Rafael Almanzar, Pro Se