UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
RAFAEL CANDIDO ALMANZAR,                         :

        Petitioner,                                 :    **ORDER**

       -v.-                                          :    07 Civ. 9489 (RMB)(GWG)
                                                                     06 Cr. 225 (RMB)
UNITED STATES OF AMERICA,                        :

        Respondent.                                :

------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE.**

     A review of the docket sheet in this case shows that petitioner submitted to the Court a document docketed as "Memorandum in Opposition," which was filed on February 4, 2008. (Docket # 18). It is missing from the Court file, however, and the respondent does not have a copy of it.

     The Court does have papers from the petitioner dated March 17, 2008 (Docket # 21 in 06 Cr. 225) entitled "Verified Response, With Affirmation in Opposition & Memorandum of Law." To the extent petitioner wishes the Court to consider any arguments not contained in the March 17 filing, including those that were contained in his February 4 filing, he should send such arguments (or another copy of the February 4 filing) to the Court on or before May 27, 2008.

     SO ORDERED.

Dated: New York, New York
       May 6, 2008

                                                                           _____
                                                                           GABRIEL W. GORENSTEIN
                                                                           United States Magistrate Judge

Copies to:

Obed Hernandez
a/k/a Rafael Candido Almanzar
05-R-3939
Ogdensburg Correctional Facility
One Correction Way
Ogdensburg, New York 13669-2288

Iris Lan
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007